## TAYLOR v. PEARL.

### April 13, 1839.

*Rule to show cause why nonsuit should not be taken off.*

If a plaintiff files a copy of notes, there being no *narr.* or statement filed as such, and the defendant voluntarily files a plea, and orders the case on the trial list, and when the cause is called, a nonsuit is entered, the court will, on motion, take off the nonsuit.

ACTION to December term, 1838, No. 819. The plaintiff filed a copy of promissory notes, but filed no *narr.* or statement of his claim. Defendant voluntarily filed a plea, and directed the prothonotary to put the case on the trial list. The plaintiff had filed no replication. Upon the cause being called for trial, plaintiff did not appear, and was nonsuited.

The plaintiff obtained this rule to show cause.

*Kneass,* for the rule, referred to 6 *S. & R.* 25–53.
*Chester,* contra.

PER CURIAM.—The plaintiff had filed neither *narr.* or statement. Nor had he replied to defendant's plea. The cause was therefore irregularly on the list, and the nonsuit was entered by the judge, his attention not having been directed to the state of the pleadings.

Rule absolute.